UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE NICHOLAS TSOUCALAS, JUDGE

Consol. Court No. 11-00228

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br>        Plaintiff,<br>  and<br>NUCOR CORPORATION and<br>ARCELORMITTAL USA LLC,<br>        Plaintiff-Intervenors,<br><br>      v.<br><br>UNITED STATES,<br>        Defendant,<br>  and<br>COMPANIA SIDERURGICA NACIONAL,<br>JFE STEEL CORPORATION, KOBE STEEL,<br>LTD., NIPPON STEEL CORP., NISSHIN<br>STEEL CO., LTD., and SUMITOMO METAL<br>INDUSTRIES, LTD.,<br>        Defendant-Intervenors. | **NOTICE OF APPEAL** |

Notice is hereby given that United States Steel Corporation, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on August 14, 2012.

Respectfully submitted,

/s/
Robert E. Lighthizer
James C. Hecht
Stephen P. Vaughn
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

On behalf of United States Steel Corporation

Dated: October 9, 2012

UNITED STATES COURT OF INTERNATIONAL TRADE

<u>United States Steel Corporation v. United States</u>

Consol. Court No. 11-228

**PUBLIC CERTIFICATE OF SERVICE**

I hereby certify that the foregoing submission was served on this 9th day of <u>October, 2012</u>, by certified mail on the parties listed below:

Marc A. Bernstein, Esq.
**U.S. INTERNATIONAL TRADE**
  **COMMISSION**
Room 707M
500 E Street, S.W.
Washington, D.C. 20436

Carrie Anna Dunsmore, Esq.
**U.S. DEPARTMENT OF JUSTICE**
  **COMMERICAL LITIGATION**
  **BRANCH – CIVIL DIVISION**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

*On behalf of United States*

Kathleen W. Cannon, Esq.
**KELLEY DRYE & WARREN**
3050 K Street, N.W.
Washington Harbour, Suite 400
Washington, D.C. 20007

*On behalf of ArcelorMittal USA, Inc.*

Alan H. Price, Esq.
**WILEY REIN LLP**
1776 K Street, N.W.
Washington, D.C. 20006

*On behalf of Nucor Corporation*

Craig A. Lewis, Esq.
**HOGAN LOVELLS US LLP**
555 13th Street, N.W.
Washington, D.C. 20004

*On behalf of Companhia Siderurgica Nacional*

J. Christopher Wood, Esq.
**GIBSON DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

*On behalf of JFE Steel Corp., Kobe Steel, Ltd., Nippon Steel Corporation, Nisshin Steel Co., Ltd., and Sumitomo Metal Industries, Ltd.*

Mark S. McConnell, Esq.
**HOGAN LOVELLS US LLP**
Columbia Square
555 13th Street, N.W.
Washington, D.C. 20004

*On behalf of Ford Motor Company*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____
    Silvia Wu
    Legal Assistant